■ RICHARD CAVALLARO, Respondent, v DIANE CAVALLARO, Appellant. (Appeal No. 1.) [718 NYS2d 659] —Order insofar as appealed from unanimously reversed on the law with costs and matter remitted to Supreme Court for further proceedings in accordance with same Memorandum as in *Cavallaro v Cavallaro* (278 AD2d 812 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Matrimonial.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.